LANDON M. YOST, CA Bar No. 267847
Trial Attorney, Civil Division, Tax Litigation Branch
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2144 (v)
202-307-0054 (f)
Landon.M.Yost@usdoj.gov

Of Counsel:
JOHN C. SHIRTS, ID State Bar No. 9295
United States Attorney
District of Idaho

*Counsel for Defendant United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO

| | |
|---|---|
| POCATELLO COMMUNITY CHARTER SCHOOL, INC., an Idaho non-profit corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant and Counterclaim Plaintiff. | Case No. 4:25-cv-00410-REP<br><br>Consolidated with<br><br>Case No. 4:26-cv-00095<br><br>**JOINT STIPULATION AND MOTION FOR MODIFIED BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS** |

Plaintiff and Counterclaim Defendant Pocatello Community Charter School, Inc. (PCCS), and Defendant and Counterclaim Plaintiff United States of America ("Parties") jointly move the Court for a modified briefing schedule for upcoming dispositive motions (due to be filed October 30, 2026 (ECF No. 31)).

First, the Parties seek a brief two-week extension of the deadline to file dispositive motions—from October 30, 2026, to November 13, 2026. Good cause for this extension exists

due to a recent sickness in the family of counsel for PCCS that has necessitated travel and time in the hospital.

Second, the Parties have conferred about dispositive motions, and both parties intend to file their own motion for summary judgment. The Parties recognize that the Court's standing order states that the Court prefers the briefing on cross motions for summary judgment to be "combined as follows: initial motion for summary judgment; response combined with cross motion; reply combined with response to cross motion; and a final reply brief." This would result in two briefs per side, but also results in a perceived possible advantage or disadvantage gained by filing the initial motion.

Both parties prefer to file an initial motion, and thus propose the following modified briefing schedule that would also "avoid the panoply of briefs generated by the filing of cross motions for summary judgment" the Court seeks to avoid. The Parties' initial briefs will be filed on November 13, 2026, and then 21 days later, on December 4, 2026, the Parties will file their responses, with no reply available to either side. All other aspects of the briefing will follow local rules. This modified briefing schedule will also result in two briefs per side, avoids the question of which side files the initial brief, and results in a more expedited briefing schedule. The Parties respectively request that the Court thus enter an order approving this schedule.

Respectfully submitted this 26th day of October, 2026.

*<u>/s/ Landon M. Yost</u>*
LANDON M. YOST
Trial Attorney, Civil Division
Tax Litigation Branch
U.S. Department of Justice
*Counsel for United States*

*/s/ Brock Edward Whalen*
Brock Edward Whalen
HOLLAND & KNIGHT, LLP
98 San Jacinto Blvd., Suite 1900
Austin, Texas 78701
Telephone: (512) 472-1081
Email: Brock.Whalen@hklaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 26th day of October, 2026, via the Court's CM/ECF system to Plaintiff's counsel.

/s/ Landon M. Yost
LANDON M. YOST
Tax Litigation Branch, Civil Division
U.S. Department of Justice